1 | Patrick T. Markham, Esq. - Bar No. 114542
Teresa A. Mallory, Esq. - Bar No. 221385
2 | **JACOBSON MARKHAM, L.L.P.**
8880 Cal Center Drive, Suite 100
3 | Sacramento, California 95826
Telephone: (916) 854-5969
4 | Facsimile: (916) 854-5965

5

6 | Attorneys for Plaintiff,
LEPRINO FOODS COMPANY

7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## (SACRAMENTO DIVISION)

| | |
|---|---|
| LEPRINO FOODS COMPANY, | CASE NO. 05-mc-240 |
| Plaintiff, | Misc. USDC Central District of Colorado case number 03-MK-2669 (PAC) |
| v. | |
| BIG-D CONSTRUCTION CORP.-CALIFORNIA, a Utah corporation; BIG-D CONSTRUCTION CORP., a Utah corporation; and Does 1-100, inclusive, | **ORDER TO SHOW CAUSE** |
| Defendants. | |

TO DELTA CONSTRUCTION PROJECT MANAGEMENT, INC. ("Delta CPM"):

On reading the affidavit of Patrick T. Markham, dated May 26, 2005, submitted in support of this Order to Show Cause, the accompanying Memorandum of Points and Authorities, and good cause appearing:

YOU ARE HEREBY ORDERED TO SHOW CAUSE before this Court on Oct. 7, 2005, at 10 AM, or as soon thereafter as counsel may be heard, at the United States District Court, Eastern District of California (Sacramento Division) located at 501 I Street, Room 4200, Sacramento, California 95814 why a citation of contempt should not issue and an order for failure to comply with a civil subpoena issued by this court on behalf of Plaintiff to produce and permit inspection and copying of

---
1
**ORDER TO SHOW CAUSE**

1  documents without adequate excuse pursuant to Federal Rule of Civil Procedure 45(e).

2        IT IS FURTHER ORDERED that a copy of this order and of the papers on which it is granted

3  be served on Delta CPM on or before  Aug. 29, 2005  shall be sufficient service.

4        IT IS FURTHER ORDERED that papers in opposition to the motion must be served on the

5  moving party on or before  Sept. 23, 2005.

6        IT IS SO ORDERED.

8  Dated:  8/23/05

                                    UNITED STATES ~~DISTRICT~~ JUDGE
                                            Magistrate